# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street – 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

May 20, 2020

Judge Paul A. Engelmayer
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Reappointment of Counsel
**United States of America v. Domingo Ramos**
16 Cr. 826 -04 (PAE)

Dear Judge Engelmayer,

    I am respectfully requesting to be appointed under the Criminal Justice Act to represent Domingo Ramos for purposes of a Compassionate Release Motion. I represented Mr. Ramos in the original above captioned criminal matter before your honor. On June 2, 2020, I was ordered by the court to address issues raised by Mr. Ramos in a *prose* letter. The court also ordered me to file any viable motion on behalf of Mr. Ramos. I file that motion on June 3, 2020, but I inadvertently neglected to ask the court to appoint for such purpose. I respectfully request to be appointed in this matter with a *Nunc Pro Tune* date of June 2, 2020.

Dated: New York, New York
      June 11, 2020

Respectfully submitted,

*Pat Joyce*
Patrick J. Joyce
Attorney for Defendant Domingo Ramos
70 Lafayette Street - 2nd Floor
New York, New York 10013

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 483.

6/18/2020

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge