UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 16-CR-826 (PAE) |
| DOMINGO RAMOS, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On June 2, 2020, the Court received a *pro se* letter from defendant Domingo Ramos, asking for, *inter alia*, a reduction in his sentence. *See* Dkt. 471 at 2–6. The Court ordered Ramos's counsel to respond to the letter, making any colorable legal arguments in favor of relief for Ramos. *Id.* at 1. On June 3, 2020, Ramos's counsel filed such a letter, moving for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Dkt. 474. The Court also ordered the Government to respond to Ramos's letter and to include an explanation of why Ramos had not been transferred from the MCC to a long-term BOP facility. Dkt. 471 at 1. On June 8, 2020, the Government filed a letter, which reported that Ramos had not been transferred to a long-term BOP facility due to the COVID-19 pandemic, but did not address, or oppose, Ramos's counsel's motion for compassionate release. Dkt. 476.

The Government is therefore directed to file a response to Ramos's motion for compassionate release no later than Friday, June 26, 2020. This response should include any information the Government has as to Ramos's attempts to administratively exhaust his remedies.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 23, 2020
      New York, New York