UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DOMINGO RAMOS,

Defendant.

16-CR-826-04 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court directs the Government to respond to counsel's letter (Dkt. No. 526). In particular, the Court seeks (1) an explanation why Mr. Ramos has *still* not been transferred to a permanent facility; (2) a date certain by which the Bureau of Prisons commits to transfer him to such a facility; and (3) the Government's response to Mr. Ramos's application for a furlough, given his protracted stay, adverse experiences in, and the conditions in the MCC. The Government's letter is due Tuesday, December 1, 2020. The Court grants defense counsel's request for a four-week extension of time to investigate Mr. Ramos's other stated concerns.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 23, 2020
New York, New York