

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 8, 2020

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Courthouse
40 Foley Square
New York, New York 10007

      Re:    United States v. Domingo Ramos,
                S2 16 Cr. 826 (PAE)

Dear Judge Engelmayer:

      The Government respectfully submits this letter in response to the Court's December 4, 2020 order. The Government reached out to both the Bureau of Prisons ("BOP") and the United States Marshal Service ("USMS") in response to the Court's order. Based on those conversations, the Government understands that Ramos has not been moved from the Metropolitan Correctional Center due to the COVID-19 pandemic, which has caused continuing delays in transporting inmates to long-term facilities. However, the USMS estimates that Ramos is due to move to a long-term facility before January 2021.

      The Government has raised the defendant's concerns regarding his safety with the BOP, and the BOP has stated that if the defendant fears for his safety, he can be placed in the Special Housing Unit ("SHU") in the short-term. The Government has reached out to defense counsel to see if the defendant would like to be placed in the SHU.

      As to defendant's request for a furlough, it should be denied. The defendant has cited no legal basis for the Court to furlough the defendant, and the Court has already denied the defendant's motion for compassionate release under 18 U.S.C. § 3582.

---

The Court thanks the Government for this update. The Court denies Mr. Ramos's application for a furlough (Dkt. No. 528), without prejudice. The Court expects that Mr. Ramos will be transferred promptly to a long-term facility, as the Government's letter represents is anticipated. The Court directs the Government to submit an update as to the status of Mr. Ramos's transfer on Friday, January 15, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 528.
                SO ORDERED.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: /s/ Jordan Estes
     Jordan Estes
     Assistant United States Attorney

12/9/2020

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge