**16-CR-826-04 (PAE)**      **D & F**

5-8-21

Your Honor,

My name is Domingo Ramos 78693-054 and im currently at FCI Cumberland medium. I have sent 3 letters to the Courts requesting my sentencing transcripts and still havent got an reply back from anyone. Its been 2 months I have been trying to get my sentencing transcripts. Can you please help me get my sentencing transcripts or can you forward this letter to the Official Court Reporter? Thank you for helping me with this matter.

*[signature]*